IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:05CR214

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| CRYSTAL OWLE LAMBERT ) | |

**THIS MATTER** is before the Court on the Defendant's motion to modify her sentence.

Because the Court has no authority to modify or otherwise change the Defendant's sentence based on the circumstances outlined in her motion,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to modify her sentence is **DENIED**.

Signed: August 8, 2006

Lacy H. Thornburg
United States District Judge